## **AFFIDAVIT**

I, Ethan Burson, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, having been duly sworn, depose and state as follows:

### **I.     Introduction**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been since July 19, 2020. Beginning in July of 2021, I attended a 28-week course at the ATF National Academy in Glynco, Georgia that certified me as an ATF Special Agent. Prior to that, I graduated from Baylor University with a bachelor's degree in Business Management with a minor in Criminal Justice. I also graduated from Liberty University with a master's degree in Criminal Justice with a focus on Homeland Security. I was previously employed by the Houston (TX) Police Department for approximately 4 years, where I served as a patrol officer, Field Training Instructor, and was a member of a Crime Suppression Team.

2.      Throughout my training as a Special Agent (SA) with the ATF, I was trained to conduct physical surveillance, interview sources of information and defendants, serve and review telephone subpoenas, serve search warrants and arrest warrants, investigate firearms and narcotics trafficking, National Firearms Act (NFA) violations, Hobbs Act violations, undercover firearms and narcotic investigations, explosives violations, and the interception of wire communications. Further, I have been trained to testify and have testified in judicial proceedings in federal court involving prosecutions relating to violations of federal firearms laws, as well as federal narcotics law. I routinely refer to and utilize these laws and regulations during the course of my official duties. I have been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances and of the laundering and concealing of proceeds from drug

Affidavit In Support of Complaint

trafficking in violation of Title 18, U.S.C. § 1956. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. The facts as set forth in this affidavit come from my personal observations, information relayed to me by other investigators, and information obtained from other official reports of law enforcement. Based on these facts in conjunction with my training and experience I submit that there is probable cause to believe that violations of **18 U.S.C. § 922(g)(1)**, and **18 U.S.C. § 111** occurred within the Western District of Tennessee.

## II.     Probable Cause

5. This Affidavit is made in support of a Criminal Complaint seeking the issuance of an Arrest Warrant charging the following individual:

- **Montavious NEAL**, DOB: 11/18/1998, FBI No: DHLP6E5KM, SSN: 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, Hereinafter "NEAL" with violating **18 U.S.C. § 922(g)(1)**, and **18 U.S.C. § 111**

6. The United States, including the ATF Memphis Field Office, is conducting a criminal investigation into **NEAL's** involvement in the illegal possession of firearms and an assault on a Special Deputy of the United States Marshals Service (USMS) while conducting his official duties in the Western District of Tennessee.

7. On October 6, 2025, Memphis Police Department (MPD) Detective W. Brewer, a Special Deputy of the USMS, was on patrol in the area of Getwell and American Way when he observed a black in color Dodge Charger on Getwell from American Way. Detective Brewer

2

Affidavit In Support of Complaint

observed the vehicle to have window tint well below the legal limit all the way around the vehicle, including the front windshield. Detective Brewer attempted to make a traffic stop with blue lights and sirens, and the Dodge Charger pulled into the parking lot and into a parking space at 2757 Getwell Rd.

8. Once the Dodge Charger pulled into the parking space, the driver, who was later identified as suspect **Montavious NEAL**, put the vehicle into reverse, and hit the accelerator, causing the Dodge Charger to strike with its rear end, the front bumper of Detective Brewer's marked Memphis Police Department squad car.

9. **NEAL** then put the vehicle in drive and pulled forward. **NEAL** then put the vehicle in reverse and hit the accelerator again, intentionally striking Detective Brewers' squad car for a second time.

10. **NEAL** then put the vehicle back in drive, hit the accelerator again, this time striking a yellow pole in the parking lot. **NEAL** then put the vehicle in reverse, hit the accelerator in an attempt to hit Detective Brewers vehicle with force and intentionally struck the squad car a third time, and kept hitting the accelerator after making contact with the squad car, causing the vehicles tires to continuously spin.

11. Detective Brewer made contact with **NEAL** and passenger Tyler Tillman, who were detained without further incident. Upon clearing the vehicle of occupants, officers observed two (2) firearms in plain view.

12. Upon searching the vehicle, officers located a **Glock 19 9mm pistol (Serial Number: CDYL196)** loaded with one round in the chamber and an extended magazine loaded with approximately 26 live 9mm rounds in the rear passenger side floorboard, easily accessible to the driver.

Affidavit In Support of Complaint

13. A **Glock 17 9mm pistol (Serial Number: BCPP326)** loaded with one round in the chamber with an extended magazine loaded with approximately 25 live 9mm rounds was also located between the front passenger seat and the passenger door.

14. The vehicle showed to have 5% tint with a Memphis Police Department issued tint meter and was towed from the scene.

15. On October 8, 2025, ATF Special Agent Burson spoke with Detective Brewer. Detective Brewer described the incident and stated that he was in fear of serious bodily injury due to the intentional ramming of his vehicle multiple times while he was either still in the driver's seat or attempting to exit the squad car. Detective Brewer also stated that he was sworn in as a Special Deputy of the USMS on October 1, 2025.

16. On October 8, 2025, Special Agent Burson provided photos and firearm information to ATF Special Agent and Firearms Nexus Expert Daniel Verhine. SA Verhine was able to confirm that both firearms, the **Glock 19 (CDYL196)** and the **Glock 17 (BCPP326)** were manufactured outside of the state of Tennessee and affected interstate commerce.

17. On October 8, 2025, Special Agent Burson conducted a criminal history check of **NEAL**. **NEAL** shows to be a 2-time convicted felon in Shelby County, Tennessee. In November 2020, **NEAL** pled guilty to Intentionally Evade Arrest in Auto, an E Felony, and was sentenced to incarceration for a term of 1 year. In February 2022, **NEAL** pled guilty to Convicted Felon in Possession of a Handgun, an E Felony, and was sentenced to incarceration for a term of 1 year.

18. All of these events occurred in the Western District of Tennessee.

### III.   Conclusion

19. Based on the investigation and my review of information provided by other investigators who have participated in the investigation of **Montavious NEAL**, I respectfully

Affidavit In Support of Complaint

submit that there is probable cause to issue an arrest warrant charging NEAL with violations of **18 U.S.C. § 922(g)(1)**, and **18 U.S.C. § 111** and respectfully request that an arrest warrant be issued.

Respectfully Submitted,

_____
Ethan Burson, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone. Sworn to and subscribed before me by telephone this ___9___ day of October 2025.

s/Tu M. Pham

_____
HONORABLE TU M. PHAM
CHIEF UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE

5